

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-18-00279-CV

**ROGER MARTIN, INDIVIDUALLY AND
AS SUCCESSOR TRUSTEE OF THE
MARTIN FAMILY TRUST,**

                                                      **Appellant**

 **v.**

**DALE MARTIN,**

                                                     **Appellee**

_____

**From the 87th District Court
Freestone County, Texas
Trial Court No. 11-136-A**

_____

# O R D E R

_____

       Per appellant's request, we referred this appeal to mediation on August 29, 2018. In the referral, we ordered the parties to confer and attempt to agree upon a mediator. Appellant was ordered to file a notice with the Clerk of this Court, within 14 days from the date of the order, which either identified the agreed-upon mediator or stated that the parties were unable to agree upon a mediator. More than 14 days have passed and appellant has not provided us with the required notice.

Accordingly, Appellant is ORDERED to provide this Court with a notice within 14 days from the date of this Order, which either identifies the agreed-upon mediator or states that the parties are unable to agree upon a mediator.  The failure to timely provide the notice WILL result in the dismissal of this appeal without further notice.  *See* TEX. R. APP. P. 42.3(c).

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed October 24, 2018

